**Charles Shemaitis, Appellant, v. Le Roy Froemke, Appellee.**

Gen. No. 46,932. 

First District, Third Division.

November 28, 1956.

Rehearing denied December 19, 1956.

Released for publication January 8, 1957.

William J. Teed, for appellant; Charles J. Gallagher, for appellee. Opinion by JUDGE LEWE. Not to be published in full.